JOHN L. BURRIS, ESQ. SBN #69888
BENJAMIN NISENBAUM, SBN# 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport St., Suite 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882 *fax*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES, | Case No.: C8-00373 |
| Plaintiff, | SUMMONS RETURNED EXECUTED |
| v. | SERVED: HEATHER FONG, Chief of Police for the City & County of San Francisco |
| CITY & COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | PROOF OF SERVICE |

02/20/2008 22:04    5477897                                                    PAGE 04
Case 4:08-cv-00373-CW    Document 3    Filed 02/27/2008    Page 2 of 2

AO 440 (Rev. 8/01) Summons in a Civil Action    *Eric Jones v. City and County of San Francisco*

## RETURN OF SERVICE    C08 00373

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | February 12, 2008 |
| Name of SERVER: Joyce Bratton | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lottie Baker, Manager of Suits and Claims, San Francisco Police Dept., 850 Bryant, San Francisco, CA 94103

☐ Returned unexecuted:

☐ Other (specify):

FOR: Heather Fong

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40 | TOTAL $40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-12-08
Date

Signature of Server: Joyce Bratton #1026

Address of Server: 842 46th St. Oakland CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.