1  JOHN L. BURRIS, ESQ. SBN #69888
2  BENJAMIN NISENBAUM, SBN# 222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
5  (510) 839-5200
   (510) 839-3882 fax
6
   Attorneys for Plaintiff
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 ERIC JONES,                          )   Case No.: C8-00373 EMC
12                                      )
          Plaintiff,                    )   SUMMONS RETURNED EXECUTED
13     v.                               )   SERVED: MAYOR'S OFFICE for the City
                                        )   & County of San Francisco
14 CITY & COUNTY OF SAN FRANCISCO, et al.)
15                                      )
          Defendants.                   )   PROOF OF SERVICE
16                                      )
   _____)
17

AO 440 (Rev. 8/01) Summons in a Civil Action    Eric Jones v. City and County of San Francisco

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]    DATE: February 12, 2008

Name of SERVER: Joyce Bratton    TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Office of the Mayor, City Hall, Rm 200, 1 Dr. Carlton B. Goodlett Pl., S.F., CA 94102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL $4    SERVICES $55    TOTAL $59

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/12/08
Date

Signature of Server: Joyce Bratton #1026

Address of Server: 842 46th St. Oakland, CA 94608

(1) As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.