```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Deputy City Attorney
 3  DAVID B. NEWDORF, State Bar #172960
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3892
 6  Facsimile:    (415) 554-3837
    E-Mail:       david.newdorf@sfgov.org
 7

 8  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO
 9  ANDHEATHER FONG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C08-00373 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DECLINATION TO U.S. MAGISTRATE
CASE NO. C08-00373 EMC                      1                     n:\lit\li2008\080919\00470846.doc

1  Dated:  March 7, 2008

                          DENNIS J. HERRERA
                          City Attorney
                          JOANNE HOEPER
                          Chief Trial Deputy
                          DAVID B. NEWDORF
                          Deputy City Attorney


                    By:_____
                          DAVID B. NEWDORF

                          Attorneys for Defendants
                          CITY AND COUNTY OF SAN FRANCISCO and
                          HEATHER FONG