# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Jones,<br><br>             Plaintiff(s),<br><br>    v.<br><br>City and County of San Francisco,<br><br>             Defendant(s). | 08-00373 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Daniel Bowling**
> US District Court - ADR Unit
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102
> 415-522-2022
> Daniel_Bowling@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00373 CW MED                           - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 15, 2008

RICHARD W. WIEKING
Clerk
by:  Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00373 CW MED                  - 2 -