IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONES,

    Plaintiff(s)

v.

CITY AND COUNTY OF SAN FRANCISCO

    Defendants(s)

No. C 08-00373 CW

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636(c) and Rule 73, Federal Rules of Civil Procedure, the below party(ies) hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. (Parties may consent to the assignment of only one or more particular Magistrate Judge(s): _____).
    [insert name(s) of Magistrate Judge(s)]

Dated: _____     _____
    Attorney for Plaintiff(s)

Dated: _____     _____
    Attorney for Defendant(s)

**DECLINATION**

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrate Judge for trial.

Dated: _____     _____
    Attorney for Plaintiff(s)

Dated: 6/3/2008     *[signature]*
    Attorney for Defendant(s)
    DAVID B. NEWDORF

United States District Court
For the Northern District of California