DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Deputy City Attorney
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorney
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES, | Case No. C08-00373 CW |
| Plaintiff, | DEFENDANT'S NOTICE OF REASSIGNMENT OF ATTORNEYS |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; GREGORY BUHAGIAR, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ARSHAD RAZZAK, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, and, San Francisco police officers DOES 3-25, inclusive, | |
| Defendants. | |

///

///

TO: PLAINTIFF AND HIS ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** that this case has been reassigned to Deputy City Attorneys **Robert A. Bonta and Meredith B. Osborn** as counsel of record for Defendants City and County of San Francisco.

All pleadings and communications heretofore addressed to Deputy City Attorney David O. Newdorf should hereafter be addressed to:

**ROBERT A. BONTA, Esq.**
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102
Telephone: (415) 554-4268
Facsimile: (415) 554-3837

**MEREDITH B. OSBORN, Esq.**
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102
Telephone: (415) 554-3911
Facsimile: (415) 554-3837

Dated: July 25, 2008

                    DENNIS J. HERRERA  
                    City Attorney  
                    JOANNE HOEPER  
                    Chief Trial Deputy  
                    MEREDITH B. OSBORN  
                    Deputy City Attorney  
                    ROBERT A. BONTA  
                    Deputy City Attorney

          By: _____/s/_____  
                ROBERT A. BONTA

                Attorneys for Defendant CITY AND COUNTY OF  
                SAN FRANCISCO