UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED** E-filing
AUG - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ERIC JONES,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CITY AND COUNTY OF SAN FRANCISCO, a
municipal corporation; HEATHER FONG, in her
capacity as Chief of Police for the CITY AND
COUNTY OF SAN FRANCISCO; and, San Francisco
police officers DOES 1-25, inclusive
    Defendants

CASE NUMBER:

C08-00373

**TO:** (Name and address of defendant)
City and County of San Francisco, 1 Dr. Carlton B. Goodlett Pl. San Francisco, CA
Chief Heather Fong, San Francisco Police Dept. 850 Bryant Street, San Francisco, CA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA  94621

an answer to the complaint which is herewith served upon you, within  twenty   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 1 8 2008

DATE _____

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

NDCA0440