DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3911
Facsimile:      (415) 554-3837
E-Mail:          meredith.osborn@sfgov.org

Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG, OFFICER GREGORY
BUHAGIAR, AND OFFICER ARSHAD RAZZAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; GREGORY BUHAGIAR, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ARSHAD RAZZAK, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, and San Francisco police officers DOES 1-25, inclusive,<br><br>　　Defendants. | Case No. C08-00373 CW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>Trial Date:     May 18, 2009 |

Pursuant to Federal Rule of Civil Procedure 16(b) the parties have met and conferred and agree that the fact discovery in this matter shall conform to the terms of this ORDER.

*Jones v. CCSF et al.*
CASE NO. C08-00373 CW
1
c:\documents and settings\workstation\local settings\temp\notes95ec0b\~1879576.doc

1  GOOD CAUSE APPEARING, the parties stipulate, through their attorneys of record, to the entry of an order as follows:

1. Due to defendants' counsel Deputy City Attorney Meredith B. Osborn's trial scheduled for October 27, 2008, which is expected to last for one to two weeks, the cut-off for fact discovery shall be extended for two weeks, until November 14, 2008.

2. The deadline for filing dispositive motions shall be extended for two weeks, until November 14, 2008. Oppositions shall be due on November 27, 2008, and replies on December 4, 2008. The hearing date on dispositive motions shall be December 18, 2008.

3. Neither party shall call as a witness at trial, and on that basis neither party seeks to take the deposition of, either Rachel Valdes or Reverend Amos Brown.

IT IS SO STIPULATED.

Dated: November 3 , 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
ROBERT BONTA
Deputy City Attorney
MEREDITH B. OSBORN
Deputy City Attorney

By:
MEREDITH B. OSBORN
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, CHIEF HEATHER FONG, OFFICER BUHAGIAR, and OFFICER RAZZAK

Dated: November 3 , 2008

By:
BENJAMIN NISENBAUM
Attorney for Plaintiff

1       **ORDER**

2       Pursuant to this stipulation, IT IS SO ORDERED

3

4   Dated: __11/4/08_____         _____
                                        HON. CLAUDIA WILKEN
5                                       UNITED STATES DISTRICT JUDGE

*Jones v. CCSF et al.*
CASE NO. C08-00373 CW                      3                    c:\documents and settings\workstation\local
                                                                settings\temp\notes95ec0b\~1879576.doc