IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC JONES,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
                                 /

No. 08-00373 CW

ORDER DENYING WITHOUT PREJUDICE REQUEST TO TRANSPORT PLAINTIFF

    On November 13, 2008, Plaintiff submitted a Proposed Order to City and County of San Francisco Sheriff's Department to Transport Plaintiff Eric Jones To and From Court-Ordered Mediation. Plaintiff's request for order is denied without prejudice to refiling with stipulation from Defendants, San Francisco Sheriff's Department, and the U.S. Marshal, or as a Local Rule 7-11 motion with notice to Defendants, Sheriff's Department, and the U.S. Marshal.  Any motion should include alternative proposals such as telephone availability and holding conference at the jail.

    IT IS SO ORDERED.


    11/17/08

Dated _____        _____
                                               CLAUDIA WILKEN
                                               United States District Judge


cc: ADR