DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3911
Facsimile:     (415) 554-3837
E-Mail:        meredith.osborn@sfgov.org

Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG, OFFICER GREGORY
BUHAGIAR, AND OFFICER ARSHAD RAZZAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC JONES, | Case No. C08-00373 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR HEARING ON DISPOSITIVE MOTIONS AS MODIFIED** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; GREGORY BUHAGIAR, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ARSHAD RAZZAK, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, and San Francisco police officers DOES 1-25, inclusive, | Trial Date:     May 18, 2009 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b) the parties have met and conferred and agree that the fact discovery in this matter shall conform to the terms of this ORDER.

STIP RE DISPOSITIVE MOTION DEADLINES
CASE NO. C08-00373 CW                              1                    c:\documents and settings\workstation\local
settings\temp\notes95ec0b\00521182.doc

GOOD CAUSE APPEARING, the parties stipulate, through their attorneys of record, to the entry of an order as follows:

1. Defendants timely noticed and subpeonaed Christopher Gascon for a deposition on October 17, 2008. Christopher Gascon failed to appear for his deposition.

2. Based on plaintiff's counsel's representations that he was in contact with Mr. Gascon, and that Mr. Gascon's failure to attend was due to inadvertence, defendants then noticed Mr. Gascon's deposition for Monday, November 10, 2008.

3. Plaintiff's counsel was unable to reach Mr. Gascon ahead of that deposition, and Mr. Gascon did not attend.

4. Unless Mr. Gascon can be contacted before November 14, 2008 and his deposition rescheduled, defendants will be forced to file a petition for an order to show cause why Mr. Gascon should not be found in contempt of court.

5. Christopher Gascon is the only percipient third-party witness to the incident alleged in the Complaint who has been identified in this case. Christopher Gascon was with plaintiff when the incident alleged in the Complaint occurred.

6. Christopher Gascon's testimony is therefore an essential predicate to filing a dispositive motion in this case. Mr. Gascon's testimony will help defendants determine whether to file a summary judgment motion, and what arguments and defenses to assert in that motion. In either event, filing a dispositive motion without the benefit of Mr. Gascon's testimony would not be an efficient use of attorney or judicial resources.

7. Counsel believe that a two week extension for the deadline for filing dispositive motions will be adequate to determine whether Christopher Gascon can be voluntarily produced. Should Mr. Gascon fail to appear within that time, defendants will seek further relief in the form of a petition for an order to show cause why Mr. Gascon should not be held in contempt of court and a further extension of the deadline to file dispositive motions.

1  For the foregoing reasons, the deadline for filing dispositive motions shall be extended for two
2  weeks, until December 1, 2008.  Oppositions shall be due on December 12, 2008, and replies on
3  December 19, 2008.  The hearing date on dispositive motions shall be January 9, 2009.

IT IS SO STIPULATED.

Dated:  November     , 2008

              DENNIS J. HERRERA
              City Attorney
              JOANNE HOEPER
              Chief Trial Attorney
              ROBERT BONTA
              Deputy City Attorney
              MEREDITH B. OSBORN
              Deputy City Attorney


              By:_____
              MEREDITH B. OSBORN
              Attorneys for Defendants CITY AND COUNTY OF
              SAN FRANCISCO, CHIEF HEATHER FONG,
              OFFICER BUHAGIAR, and OFFICER RAZZAK

Dated:  November     , 2008

              By:_____
              BENJAMIN NISENBAUM
              Attorney for Plaintiff


**ORDER**

Pursuant to this stipulation, IT IS SO ORDERED, **EXCEPT THE HEARING DATE FOR DISPOSITIVE MOTONS  AND FURTHER CASE MANAGEMENT CONFERENCE WILL BE JANUARY 8, 2009, AT 2:00 P.M.**

  11/21/08

Dated: _____        _____
              HON. CLAUDIA WILKEN
              UNITED STATES DISTRICT JUDGE