IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES, | No. 08-00373 CW |
| Plaintiff, | ORDER WITHDRAWING REFERENCE OF PETITION FOR AN ORDER TO SHOW CAUSE |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On December 3, 2008, this Court issued an Order Referring Petition for an Order to Show Cause to Magistrate Judge James Larson.

IT IS HEREBY ORDERED that reference of Defendants' Application to Hear On Shortened Time Defendants' Petition for an Order to Show Cause Why Christopher Gascon Should Not Be Held in Contempt for Failure to Appear for His Deposition and Defendants' Petition for an Order to Show Cause Why Christopher Gascon Should Not Be Held in Contempt for Failure to Appear for His Deposition to Magistrate Judge James Larson is withdrawn. The matters will be heard by this judge.

12/11/08

Dated _____

CLAUDIA WILKEN
United States District Judge

cc: Wings; JL