IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC JONES,

       Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive,

       Defendants.
                          /

No. C 08-0373 CW

ORDER STRIKING MOTION AND SETTING BRIEFING SCHEDULE

    In the interest of avoiding repetitive briefing and promoting a clear presentation of the issues before the Court, Plaintiffs' motion for partial summary judgment (Docket No. 84) is STRICKEN. Plaintiffs shall file a cross-motion for partial summary judgment, contained in a single brief of no more than twenty-five pages along with their opposition to Defendants' motion for partial summary judgment, by June 18, 2009. Defendants shall file their reply in support of their motion, contained in a single brief of no more than fifteen pages along with their opposition to Plaintiffs' cross-motion, by June 25. Plaintiffs shall file their reply in support of their cross-motion, which may not exceed fifteen pages, by July 2. The hearing and case management conference scheduled

for July 9, 2009 are continued to July 16, 2009 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 6/8/09

                                CLAUDIA WILKEN
                                United States District Judge

**United States District Court**
For the Northern District of California

2