**United States District Court**
For the Northern District of California

1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7

8   ERIC JONES,                                No. C-08-0373 CW (EMC)

9              Plaintiff,                       No. C-08-5734 CW (EMC)

10         v.
                                               CONSOLIDATED CASES
11   CITY AND COUNTY OF SAN
     FRANCISCO, *et al.*,
12
               Defendants.                     **ORDER EXCUSING ATTENDANCE AT**
13   _____/   **SETTLEMENT CONFERENCE**

14   CHRIS GASCON,                              **(Docket No. 98)**

15              Plaintiff,

16         v.

17   CITY AND COUNTY OF SAN
     FRANCISCO, *et al.*,
18
               Defendants.
19   _____/

20

21        By letter dated June 24, 2009, Officer GREGORY BUHAGIAR, through his counsel

22   Meredith B. Osborn, Deputy City Attorney, Office of the City Attorney, City & County of San

23   Francisco, requested to be excused from personally appearing at the settlement conference scheduled

24   for July 6, 2009.  No opposition was filed by any party.

25        Upon consideration of the request, the Court finds good cause for excusing personal

26   attendance.  Therefore, it is hereby ordered that Officer GREGORY BUHAGIAR be available by

27   telephone from 1:30 p.m. Pacific Time until further notice on July 6, 2009.

28

1    If the Court concludes that the absence of Officer GREGORY BUHAGIAR is impeding the

2  settlement conference, the Court may continue the settlement conference and may order personal

3  attendance by each party including Officer GREGORY BUHAGIAR.

4    This order disposes of Docket No. 98.

5

6    IT IS SO ORDERED.

7

8  Dated:  June 30, 2009

9                                                                              _____
    EDWARD M. CHEN
    United States Magistrate Judge

**United States District Court**

For the Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2