| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Attorney |
| 3 | MEREDITH B. OSBORN, State Bar #250467<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:     (415) 554-3911 |
| 6 | Facsimile:      (415) 554-3837<br>E-Mail:          meredith.osborn@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG, OFFICER GREGORY
BUHAGIAR, AND OFFICER ARSHAD RAZZAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. C08-00373 CW<br><br>STIPULATION AND ORDER ENLARGING DISPOSITIVE MOTION BRIEFING SCHEDULE<br><br>[Civil L.R. 7-12]<br><br>Trial Date:    December 14, 2009 |
| CHRISTOPHER GASCON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  C 08-05734 CW |

MSJ STIP TO ENLARGE TIME
CASE NO.  C08-00373 CW

1

c:\documents and settings\workstation\local
settings\temp\notes95ec0b\jones - stipulation and proposed order
to enlarge time for dispositive motion briefing schedule.doc

1   All parties, plaintiffs Christopher Gascon and Eric Jones and defendants Officers Gregory
2   Buhagiar and Arshad Razzak, City and County of San Francisco, and Chief Heather Fong, hereby
3   stipulate to modify the briefing schedule for the parties' motions for partial summary judgment.
4       Trial is currently set for December 14, 2009.
5       On June 8, 2009, the Court set a modified briefing schedule for dispositive motions in this
6   case. Under the Court's schedule, plaintiffs' cross-motion for partial summary judgment and
7   opposition to defendants' motion for partial summary judgment was filed on June 18, 2009.
8   Defendants' reply in support of their motion and opposition to plaintiffs' cross-motion is due on June
9   25, 2009, plaintiffs' reply to defendants' opposition is due on July 2, 2009, and the hearing date is July
10  16, 2009.
11      Good cause exists for the enlargement of time. Defendants' counsel, Meredith B. Osborn, was
12  involved in a serious bicycle accident on June 13, 2009. Ms. Osborn suffered a concussion, broken
13  nose, multiple lacerations to her face and body, and dental injuries. Ms. Osborn was held for two
14  nights at the hospital, and advised not to return to work for one month in order to recuperate. Ms.
15  Osborn nonetheless returned to work on June 22, 2009 in order to attempt to meet preexisting
16  deadlines in the matters to which she is assigned. Since returning to work, Ms. Osborn has also had to
17  juggle numerous medical appointments to address her injuries and continued to suffer the effects of
18  her accident. Due to her absence from work for a week and continued recuperation, Ms. Osborn has
19  been unable adequately prepare defendants' reply brief in support of defendants' motion for partial
20  summary judgment and opposition to plaintiffs' cross-motion for partial summary judgment according
21  to the schedule set by the Court.
22      Since being assigned to this matter, Ms. Osborn has been the primary attorney representing the
23  defendants. As set forth in her attached declaration, she has taken plaintiffs' depositions and defended
24  the officers' depositions, and conducted the necessary investigation to support a summary judgment
25  motion. Ms. Osborn also prepared defendants' motion for partial summary judgment. No other deputy
26  city attorney has sufficient familiarity with this case to be able to prepare a fully developed opposition
27  to plaintiffs' cross-motion for partial summary judgment or reply brief in support of defendants'
28

MSJ STIP TO ENLARGE TIME                           2                      c:\documents and settings\workstation\local
CASE NO.  C08-00373 CW                                                    settings\temp\notes95ec0b\jones - stipulation and proposed order
                                                                          to enlarge time for dispositive motion briefing schedule.doc

motion. Granting the enlargement of time will therefore preserve scarce judicial resources by enabling defendants to fully prepare their briefing in opposition to plaintiffs' cross-motion and reply to plaintiffs' opposition and potentially narrow the issues at trial.

Neither the parties nor the court will be prejudiced by enlarging the briefing schedule and extending the hearing date.

For all of the foregoing reasons, the parties stipulate that the time for filing defendants' reply in support of their motion and opposition to plaintiffs' cross-motion be enlarged by one week to July 2, 2009, that the time for plaintiffs' reply to defendants' opposition to plaintiffs' cross-motion be extended to July 9, 2009, and the hearing date be extended to August 6, 2009.

IT IS SO STIPULATED.

Dated: June 30, 2009

By: */s/ Meredith B. Osborn*
   MEREDITH B. OSBORN

   Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
   HEATHER FONG, GREGORY BUHAGIAR,
   ARSHAD RAZZAK

Dated: June 30, 2009

By:*/s/ Benjamin Nisenbaum*
   BENJAMIN NISENBAUM

   Attorneys for Plaintiffs
   CHRISTOPHER GASCON & ERIC JONES

**ORDER**

Pursuant to this stipulation, IT IS SO ORDERED

Dated: __6/30/09_____

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

MSJ STIP TO ENLARGE TIME          3          c:\documents and settings\workstation\local
CASE NO. C08-00373 CW                        settings\temp\notes95ec0b\jones - stipulation and proposed order
                                             to enlarge time for dispositive motion briefing schedule.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MSJ STIP TO ENLARGE TIME                           4                  c:\documents and settings\workstation\local
CASE NO.  C08-00373 CW                                                settings\temp\notes95ec0b\jones - stipulation and proposed order
                                                                      to enlarge time for dispositive motion briefing schedule.doc