1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5              FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   ERIC JONES,                          No. 08-00373 CW
                                         (Consolidated with
8            Plaintiff,                  C-08-5734 CW)

9      v.                                ORDER VACATING
                                         PRETRIAL AND TRIAL
10  CITY AND COUNTY OF SAN FRANCISCO, et  DATES AND SETTING
    al.,                                 FURTHER CASE
11           Defendants.                 MANAGEMENT
                                         CONFERENCE
12  _____/

13

14       On November 6, 2009, Defendants filed a Notice of Pending

15  Settlement requesting the current pretrial and trial dates be

16  vacated.  Accordingly,

17       IT IS HEREBY ORDERED that the pretrial and trial dates are

18  vacated.  A further case management conference will be held on

19  April 20, 2010, at 2:00 p.m.  If the case is dismissed prior to

20  April 20, the case management conference will be vacated.

21

22       11/17/09

23  Dated _____        _____
                                          CLAUDIA WILKEN
24                                        United States District Judge

25

26

27

28

United States District Court
For the Northern District of California