DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:      (415) 554-3837
E-Mail:          robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG, OFFICER GREGORY
BUHAGIAR, AND OFFICER ARSHAD RAZZAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES,<br><br>         Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>         Defendants. | Case No. C08-00373 CW<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER OF DISMISSAL** |
| CHRISTOPHER GASCON,<br><br>         Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>         Defendants. | Case No.  C 08-05734 CW |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Settlement Agreement, the undersigned parties, being all the parties who have appeared in this action, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a), that the above-captioned actions on behalf of plaintiffs Eric Jones and Chris Gascon against Defendants City And County Of San Francisco, San Francisco Police Chief Heather Fong, Police Officer Gregory Buhagiar and Police Officer Arshad Razzak are DISMISSED WITH PREJUDICE.  It is further STIPULATED that plaintiffs and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  March 2, 2010
BENJAMIN NISENBAUM, ESQ.
JOHN BURRIS, ESQ.
Law Offices of John Burris

By:   /s/ Benjamin Nisenbaum
BENJAMIN NISENBAUM
Attorney for Plaintiffs
ERIC JONES
CHRISTOPHER GASCON

Dated:  March 2, 2010
DENNIS J. HERRERA
City Attorney
ROBERT A. BONTA
Deputy City Attorney

By:   /s/ Robert A. Bonta
ROBERT A. BONTA
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

**ORDER**

**IT IS SO ORDERED.**

Dated:  3/22/2010

HONORABLE CLAUDIA WILKEN
United States District Court Judge